UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 10-00650 JVS(MLGx) | Date August 16, 2010 |
| Title Minta M. Meehan v. Target Corp., et al. | |

Present: The Honorable  James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause re Failure to Comply with Local Rule 26-1

      On August 11, 2010, defendant Target Corporation ("Target") filed a Unilateral Scheduling Conference Statement in anticipation of the August 23, 2010 Scheduling Conference in this matter. Plaintiff Minta Meehan ("Meehan") did not join in the preparation of the report.

      On its own motion, the Court vacates the August 23, 2010 Scheduling Conference.

      Meehan and her counsel are directed to show cause in writing by noon August 20, 2010 why the Court should not impose sanctions on Meehan and/or her counsel and/or strike the Complaint for failure to participate in the preparation and filing of a joint report as required by Local Rule 26-1. A hearing on the order to show cause will be held on August 23, 2010 at 10:30 a.m. If a joint report is filed by noon August 20, 2006, that will be deemed an adequate response, and the order to show cause will be discharged, in which case the Scheduling Conference will proceed as previously ordered.

| | 00 : 00 |
|---|---|
| Initials of Preparer | kjt |