UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

SANTA ANA

| | |
|---|---|
| MINTA M. MEEHAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TARGET CORPORATION, a Minnesota corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.:<br>SACV10-000650 JVS(MLGX)<br><br>**JUDGMENT FOLLOWING ORDER OF INVOLUNTARY DISMISSAL** |

　　The Court having reviewed the *Ex Parte* Request By Defendant TARGET CORPORATION for **an Order of Dismissal with Prejudice, and Judgment** and having ruled to **GRANT** said Request as prayed.

///
///
///
///
///
///

-1-

**[PROPOSED] JUDGMENT FOLLOWING ORDER OF INVOLUNTARY DISMISSAL**

1     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment
2 is entered in favor of Defendant TARGET CORPORATION and that Plaintiff
3 Minta M. Meehan take nothing from her Complaint in this action.

6 DATED: September 21, 2011     _____
7                                             Honorable James V. Selna
                                            District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-

**[PROPOSED] JUDGMENT FOLLOWING ORDER OF INVOLUNTARY DISMISSAL**