UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

SANTA ANA

| | |
|---|---|
| MINTA M. MEEHAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TARGET CORPORATION, a Minnesota corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | **CASE NO.:**<br>**SACV10-000650 JVS(MLGX)**<br><br>**JUDGMENT FOLLOWING ORDER OF INVOLUNTARY DISMISSAL** |

　　The Court having reviewed the *Ex Parte* Request By Defendant TARGET CORPORATION for **an Order of Dismissal with Prejudice, and Judgment** and having ruled to **GRANT** said Request as prayed.

///

///

///

///

///

///

-1-

**[PROPOSED] JUDGMENT FOLLOWING ORDER OF INVOLUNTARY DISMISSAL**

1  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment
2 is entered in favor of Defendant TARGET CORPORATION and that Plaintiff
3 Minta M. Meehan take nothing from her Complaint in this action.

4
5
6 DATED: September 21, 2011              _____
7                                          Honorable James V. Selna
                                           District Court Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] JUDGMENT FOLLOWING ORDER OF INVOLUNTARY DISMISSAL**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-

**[PROPOSED] JUDGMENT FOLLOWING ORDER OF INVOLUNTARY DISMISSAL**